UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| BRIDGET HALE, | ) | Civil No. 2:19-CV-0287-GZS |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| OWL COMPANIES, | ) | |
| CAREER SYSTEMS | ) | |
| DEVELOPMENT CORP., | ) | |
| C.H.P. INTERNATIONAL, INC., and | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendants | ) | |

## **STIPULATION OF DISMISSAL**

NOW COME the parties, by their respective counsel, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), and stipulate that this action be dismissed with prejudice and without costs.

Dated: __12/23/19__                    */s/ Francis X. Quinn, Jr.*
                                        Francis X. Quinn, Jr.
                                        Attorney for Plaintiff

Dated: __12/23/19__                    */s/ Alison Denham*
                                        Alison Denham
                                        Attorney for Defendants, Owl
                                        Companies and Career Systems
                                        Development Corp.

Dated: __12/23/19__                    */s/ John S. Whitman*
                                        John S. Whitman
                                        Attorney for Defendant C.H.P.
                                        International, Inc.

Dated:  12/23/19                             /s/ John G. Osborn
                                            John G. Osborn
                                            Attorney for Defendant United States
                                            of America

Richardson, Whitman, Large & Badger
465 Congress Street
P.O. Box 9545
Portland, Maine  04112-9545
(207) 774-7474
jwhitman@rwlb.com

# CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2019, I electronically filed the above document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

FRANCIS X. QUINN, JR    fquinn@nhlawfirm.com, ccasa@nhlawfirm.com,  mberube@nhlawfirm.com

ALISON DENHAM    adenham@dougden.com, bjohnson@dougden.com

JOHN OSBORN   john.osborn2@usdoj.gov

                                             /s/ John S. Whitman
                                            John S. Whitman
                                            Attorney for Defendant C.H.P.
                                            International, Inc.

Richardson, Whitman, Large & Badger
P.O. Box 9545
Portland, Maine  04112-9545
(207) 774-7474
jwhitman@rwlb.com

2